UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Howard Zimmerman and William Carter

Plaintiff(s),

v.

City of South San Francisco

Defendant(s).

Case No. C-07-3623 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 30 SPT 07

[Party]

Dated: 10/1/07

[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

12536

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Howard Zimmerman and William Carter

        Plaintiff(s),

Case No. C-07-3623 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

City of South San Francisco

        Defendant(s).

_____/

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9-30-07

                                                [Party]

Dated: 10/1/07

                                                [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

12537