1  KATHY E. MOUNT, SBN: 104736
   kmount@meyersnave.com
2  SAMANTHA W. ZUTLER, SBN: 238514
   szutler@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 – 12th Street, Suite 1500
4  Oakland, California  94607
   Telephone:  (510) 808-2000
5  Facsimile:  (510) 444-1108

6  Attorneys for Defendants City of South San Francisco,
   South San Francisco Police Department, and
7  Mark Raffaelli

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  HOWARD ZIMMERMAN and WILLIAM          Case No.  C073623 WHA
    CARTER,
12                                        **JOINT CASE MANAGEMENT
13              Plaintiffs,               STATEMENT AND PROPOSED
                                          ORDER**
14        v.
                                          Date:       October 18, 2007
15  CITY OF SOUTH SAN FRANCISCO,          Time:       11:00 a.m.
    SOUTH SAN FRANCISCO POLICE            Courtroom:  9
16  DEPARTMENT, MARK RAFFAELLI, and       Judge:      Hon. William H. Alsup
    DOES 1 through 10, inclusive,
17
                Defendants.               Complaint Filed:  July 13, 2007
18

19        The parties to the above-entitled action jointly submit this Case Management

20  Statement and Proposed Order and request the Court to adopt it as its Case Management

21  Order in this case.

22        **1.     Jurisdiction and Service**

23        Federal jurisdiction is proper because Plaintiffs allege violation of federal law.  At this

24  time, no issues exist regarding personal jurisdiction or venue.  The parties do not anticipate

25  service on any additional parties.

26        **2.     Facts**

27        Plaintiffs Howard Zimmerman and William Carter are currently employed as police

28  officers for the City.  They claim that the City, its Police Department and Defendant Mark

1  Raffaelli violated their rights under Uniformed Services Employment and Reemployment

2  Rights Act of 1994 ("USERRA") 1994 (USERRA) § 4311 and the California Military &

3  Veterans Code § 394 by denying them promotional opportunities and reemployment in their

4  previous status when they returned from active military duty in Iraq in 2006. They also

5  claim that Defendants created a hostile environment for them due to their service in the

6  military.

7      Factual issues in dispute include:

8      a) whether Officers Zimmerman and Carter were denied promotional opportunities

9  and reemployment because of their service in the military; and

10      b) whether Defendants created a hostile work environment for Officers Zimmerman

11  and Carter because of their service in the military.

12  **3.    Legal Issues**

13      a) whether the City's actions violated USERRA

14      b) whether the City's actions violated the California Military & Veterans Code

15  **4.    Motions**

16      No current motions are pending. Defendants anticipate filing a motion for summary

17  judgment or partial summary judgment.

18  **5.    Amendment of Pleadings**

19      The parties do not anticipate amending any of their current pleadings.

20  **6.    Evidence Preservation**

21      The parties have taken all necessary steps to preserve relevant evidence. Counsel

22  for defendants have notified defendants of the need to preserve evidence and requested all

23  documents responsive to the disclosure requirements of FRCP 26(a). Counsel for Plaintiffs

24  have notified Plaintiffs of the need to preserve evidence and requested all documents

25  responsive to the disclosure requirements of FRCP 26(a).

26  **7.    Disclosures**

27      The parties intend to comply with the disclosure requirements of FRCP 26(a).

28  **8.    Discovery**

No discovery has yet been taken in this action. The parties agree to the following discovery plan:

    a.    Rule 26 exchanges, by federal express, other overnight, or hand delivery on October 10, 2007.

    b.    Depositions of named parties to be completed on or before May 1, 2008.

    c.    Depositions of non-parties to be completed on or before the discovery cut-off on June 30, 2008. The 7 hour limitation on each of these depositions may be waived or extended only by the written stipulation of the parties' counsel or an order of the Court.

    d.    Subpoenas duces tecum (documents only) to be served on non-party witnesses with response dates due prior to the discovery cut-off on June 30, 2008.

    e.    Designation of expert witnesses by mail on or before May 1, 2008.

    f.    Depositions of expert witnesses, if any, to be completed on or before June 30, 2008. The 7 hour limitation on each of these depositions may be waived or extended only by the written stipulation of the parties' counsel or an order of the Court.

    g.    Discovery cut-off: June 30, 2008.

**9.    Class actions**

This action is not a class action.

**10.    Related cases**

The parties are not aware of any pending related cases or proceedings.

**11.    Relief**

Plaintiff Zimmerman seeks the following relief:

    a. An injunction prohibiting Defendants from engaging in future violations of the USERRA and the California Military and Veterans Code;

    b. For compensatory and general damages, including back pay, fringe benefits, and emotional distress, to the fullest extent permitted under USERRA and California Military and Veterans Code;

1    c. Liquidated damages and monetary penalties to the fullest extent permitted

2    under USERRA (*e.g.* 38 U.S.C. §4323(d)-(e)) and California Military and Veterans

3    Code §394;

4        d. Litigation costs, expenses, attorneys' fees to the fullest extent permitted

5    under USERRA (*e.g.* 38 U.S.C. §4323(h)) and California Military and Veterans Code

6    §394(g);

7        e. For costs of suit incurred herein;

8        f. For such other and further relief as the Court may deem proper.

9    Plaintiff Carter seeks the following relief:

10        a. An injunction prohibiting Defendants from engaging in future violations of the

11    USERRA and the California Military and Veterans Code;

12        b. Immediate promotion, with full seniority and other benefits, to the position of

13    Police Lieutenant or Police Captain;

14        c. For compensatory and general damages, including back pay, fringe benefits,

15    and emotional distress, to the fullest extent permitted under USERRA and California

16    Military and Veterans Code;

17        c. Liquidated damages and monetary penalties to the fullest extent permitted

18    under USERRA (*e.g.* 38 U.S.C. §4323(d)-(e)) and California Military and Veterans

19    Code §394;

20        d. Litigation costs, expenses, attorneys' fees to the fullest extent permitted

21    under USERRA (*e.g.* 38 U.S.C. §4323(h)) and California Military and Veterans Code

22    §394(g);

23        e. For costs of suit incurred herein;

24        f. For such other and further relief as the Court may deem proper.

25

26    i.                    **Settlement and ADR**

27    Defendants agree to private mediation, to take place prior to January 31, 2008.

28    **13.    Consent to Magistrate Judge**

---

1    The parties do not consent to assignment to a magistrate judge.

2    **14.    Other References**

3    The parties do not believe other references are necessary.

4    **15.    Narrowing of the issues**

5    The parties do not believe the issues can be narrowed at this time, but agree to

6    revisit this issue after mediation.

7    **16.    Expedited Schedule**

8    The parties do not believe this case needs to be handled on an expedited basis.

9    **17.    Jury Trial**

10   Plaintiffs have demanded a jury trial.

11   **18.    Scheduling**

12   Please see number 8, above, for discovery plan and schedule.  The parties request

13   a trial date in early August, 2008.  The parties estimate that the trial will last five (5) to

14   seven (7) days.

15   **19.    Disclosure of Non-party Interested Entities or Persons**

16   None.

17

18

19   Dated:    October 10, 2007          LAW OFFICES OF DANIEL M. CRAWFORD

20                                       By: _____

21                                          Daniel M. Crawford
                                            Attorneys for Defendants
22

23

24                                       MEYERS, NAVE, RIBACK, SILVER & WILSON

25

26                                       By: _____
                                            Samantha W. Zutler
27                                          Attorneys for Defendants

28

---

Joint Case Management Statement          *Zimmerman et al. v. City of South San Francisco*
5                                        Case No C073623 WHA.

1

2

**CASE MANAGEMENT ORDER**

3
The Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition, the Court orders:

4

Dated:    October ___, 2007

5
HON. WILLIAM H. ALSUP
United States District Court Judge

6
1016230_1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28