**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 17, 2007

Case No.  C 07-03623 WHA

Title: HOWARD ZIMMERMAN  v. CITY & COUNTY OF S. SAN FRANCISCO

Plaintiff Attorneys: Philip Keith

Defense Attorneys: Samatha Zutler

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   CMC - HELD

2)

Complete Initial Disclosures (Rule 26): 10/22/07

Discovery Cutoff: 4/4/08

Designation of Experts: 4/4/08

Last Day to File Motion: 6/5/08


Continued to _ for Further Case Management Conference

Continued to  7/28/08 at 2:00 pm  for Pretrial Conference

Continued to  8/18/08 at 7:30 am  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.  Does defendants need to be served by 11/16/07.