1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **Northern District of California**

10   Zimmerman,                                07-03623 WHA MED

11                    Plaintiff(s),            **Notice of Appointment of Mediator**

12          v.

13   City of South San Francisco,

14                    Defendant(s).

15   TO COUNSEL OF RECORD:

16          The court notifies the parties and counsel that the Mediator assigned to this case

17   is:

18                         **Maria G. Narayan**
                           Attorney at Law
19                         810 E St.
                           San Rafael, CA 94901
20                         415-453-1636

21          Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

22   governs the Mediation program.  The mediator will schedule a joint phone conference

23   with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

24   the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

25   The court permits the mediator to charge each party its pro rata share of the cost of the

26   phone conference.

27

28

**Notice of Appointment of Mediator**
07-03623 WHA MED                          - 1 -

*United States District Court*
*Northern District of California*

1    Counsel are reminded that the written mediation statements required by the ADR

2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: October 29, 2007

5                                                      RICHARD W. WIEKING
                                                       Clerk
6                                                      by:    Alice M. Fiel

7

8                                                      _____
                                                       ADR Case Administrator
9                                                      415-522-3148
                                                       Alice_Fiel@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03623 WHA MED                        - 2 -