1  Daniel M. Crawford, CSB No. 39959
   44 Montgomery Street, Suite 1050
2  San Francisco, California 94104
   Telephone:   (415) 433-1442
3  Facsimile:   (415) 986-4056

4  Attorney for Plaintiffs HOWARD ZIMMERMAN
   and WILLIAM CARTER

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ZIMMERMAN and WILLIAM CARTER<br><br>Plaintiffs,<br><br>v.<br><br>CITY of SOUTH SAN FRANCISCO, SOUTH SAN FRANCISCO POLICE DEPARTMENT, MARK RAFFAELLI, and DOES 1 through 10,<br><br>Defendants. | Case No. C 07 3623 WHA<br><br>**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFFS' COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as of December 31, 2007 Plaintiffs' counsel, Daniel M. Crawford, has changed his address for service of notices and documents in the above entitled action. Mr. Crawford's new address is:

Daniel M. Crawford, Esq., 354 Pine Street, Third Floor, San Francisco, California 94104.

All notices and documents regarding the above entitled action should be sent to the above address.

Mr. Crawford's phone, facsimile, and email numbers remain unchanged.

NOTICE OF CHANGE OF ADDRESS – CASE NO. C 07 3623 WHA

1 | DATED: December 20, 2007.

_____
Daniel M. Crawford

-2-

NOTICE OF CHANGE OF ADDRESS – CASE NO. C 07 3623 WHA