KATHY E. MOUNT, SBN: 104736
kmount@meyersnave.com
SAMANTHA W. ZUTLER, SBN 238514
szutler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 – 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City of South San Francisco,
South San Francisco Police Department, and
Mark Raffaelli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ZIMMERMAN and WILLIAM CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SOUTH SAN FRANCISCO, SOUTH SAN FRANCISCO POLICE DEPARTMENT, MARK RAFFAELLI, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C073623 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE IN WHICH TO COMPLETE MEDIATION**<br><br>Complaint Filed: July 13, 2007 |

The parties and their attorneys hereby stipulate as follows:

Whereas, the deadline in which to complete mediation pursuant to ADR local rules is January 15, 2008;

Whereas, the Court appointed Mediator, Maria G. Narayan, Esq., is on vacation and out of the country until January 13, 2008;

Whereas, counsel for Plaintiffs, Daniel M. Crawford, Esq., is also on vacation and out of the country until January 11, 2008;

Whereas, due to the mediator and counsel for Plaintiffs' unavailability to complete mediation by January 15, 2008 due to their respective vacations, the parties jointly request

1  that the deadline in which to complete mediation be extended until February 15, 2008.
2      IT IS SO STIPULATED.
3  Dated: January 9, 2008

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: *[signature]*
Kathy E. Mount, Esq.
Attorneys for Defendants City of South San Francisco, South San Francisco Police Department, Mark Raffaelli

Dated: January 9, 2008

LAW OFFICES OF DANIEL M. CRAWFORD

By: *[signature]*
Phillip Keith, Esq.
Attorneys for Plaintiffs
HOWARD ZIMMERMAN and WILLIAM CARTER

### ORDER

The deadline in which to complete mediation is hereby extended to February 15, 2008.

IT IS SO ORDERED.

Dated: _____   By: _____
Hon. William H. Alsup
U.S. District Court Judge