IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD ZIMMERMAN and
WILLIAM CARTER,

    Plaintiffs,

  v.

CITY OF SOUTH SAN FRANCISCO,
SOUTH SAN FRANCISCO POLICE
DEPARTMENT, MARK FAFFAELLI,
and DOES 1 through 10, inclusive,

    Defendants.
                               /

No. C 07-03623 WHA

**ORDER EXTENDING MEDIATION DEADLINE**

The parties stipulation to extend the deadline in which to complete mediation from January 15, 2008, to February, 15, 2008, is **GRANTED**. The parties should not use this extension as a ground to seek a further extension of other deadlines

**IT IS SO ORDERED.**

Dated: January 9, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE