**MARIA G. NARAYAN, ESQ**.
EMPLOYMENT LAW & MEDIATION
810 "E" Street
San Rafael, CA 94901
Telephone: 415.453.1636   Facsimile: 415.453.1640

---

January 28, 2008

| | |
|---|---|
| Kathy Mount | Daniel Crawford |
| Meyers, Nave, Riback, Silver & Wilson | Law Offices of Daniel M. Crawford |
| 555-12th Street, Suite 1500 | 44 Montgomery Street, Suite 1050 |
| Oakland, CA 94607 | San Francisco, CA 94104 |

Re:    Zimmerman v. City of South San Francisco (Case Number: C 07-03623 WHA)

Dear Counsel:

      This will confirm that we have scheduled the mediation in this case for Monday, February 5, 2008, commencing at 10 a.m., in the ADR Courtroom located on the 16th floor of 450 Golden Gate Avenue, San Francisco. The plaintiffs and the individual defendant will attend in person, and an appropriate representative of the City of South San Francisco will be available by telephone. We have agreed to keep the whole day available in order to allow the mediation to continue as long as it is productive.

      Please make sure that the written statements described in ADR L.R. 6-7 are exchanged and faxed to my San Rafael office by Thursday, February 7th. The fax number is 415-453-1640. Feel free to include any key documents and cases you feel I should read.

      Please prepare for the mediation by discussing each of the following items with your clients:
- clients' interests, not just positions, and how these interests could be met;
- other side's interests, and how these could be met;
- best and worst alternatives to a negotiated settlement;
- strengths and weaknesses of case; and
- estimated budget to litigate the case through trial.

      As we discussed, pursuant to ADR L.R. 6-3(b) I will donate my preparation time and the first four hours of the mediation. If the case has not resolved and you all agree to continue, I will charge the court-set rate of $200 per hour for the next four hours. After eight hours of session time, I will charge my hourly rate of $ 375.

      I look forward to working with you and your clients.

                                                      Sincerely yours,
                                                      /s/
                                                      Maria G. Narayan

MGN/abt
cc:    Clerk's Office- ADR Unit (via email)