Daniel M. Crawford, CSB No. 39959
Attorney at Law
354 Pine Street, Third Floor
San Francisco, California 94104
Telephone:   (415) 433-1442
Facsimile:    (415) 986-4056

Attorney for Plaintiffs HOWARD ZIMMERMAN
and WILLIAM CARTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ZIMMERMAN and WILLIAM CARTER<br><br>Plaintiffs,<br><br>v.<br><br>CITY of SOUTH SAN FRANCISCO, SOUTH SAN FRANCISCO POLICE DEPARTMENT, MARK RAFFAELLI, and DOES 1 through 10,<br><br>Defendants. | Case No. C 07 3623 WHA<br><br>STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE |

It is hereby stipulated by the parties through their attorneys that the current deadline of February 15, 2008 for the completion of mediation be extended to April 15, 2008.

This stipulation is entered into based upon the unavailability of plaintiff's counsel Daniel M. Crawford to participate in the mediation due to the serious injuries he sustained in an automobile accident on January 25, 2008. Mr. Crawford was discharged from the hospital in Walnut Creek, California on February 4, 2008 and is still recovering from his injuries. Mr. Crawford's wife and son remain hospitalized in Walnut Creek, California. No date for Mr. Crawford's return to work is established; however, Mr. Crawford expects to be able to return to work by March 1, 2008.

Case No. 07 3623 WHA

-2-

1     A continuation of the deadline for the mediation will not affect the trial date in this matter.

    The mediator agrees to a continuation of the deadline for the mediation.

Dated: February 5, 2008

                      LAW OFFICES OF DANIEL M. CRAWFORD


                By: /s/
                      Philip Keith
                      Attorneys for Plaintiffs


                      MEYERS, NAVE, RIBACK, SILVER & WILSON


                By: /s/
                      Kathy E. Mount
                      Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                      _____
                      UNITED STATES DISTRICT JUDGE