KATHY E. MOUNT, SBN: 104736
kmount@meyersnave.com
SAMANTHA W. ZUTLER, SBN 238514
szutler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 – 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City of South San Francisco,
South San Francisco Police Department, and
Mark Raffaelli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ZIMMERMAN and WILLIAM CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SOUTH SAN FRANCISCO, SOUTH SAN FRANCISCO POLICE DEPARTMENT, MARK RAFFAELLI, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07 3623 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE IN WHICH TO COMPLETE MEDIATION**<br><br><br>Complaint Filed: July 13, 2007<br>Trial Date: August 18, 2008 |

The parties and their attorneys hereby stipulate as follows:

Whereas, the parties have previously agreed that mediation be completed by February 15, 2008;

Whereas, counsel for Plaintiffs, Daniel M. Crawford, Esq., was injured in a car accident in January 2008 and has been unable to tend to this action since then;

Whereas, due to unavailability of counsel for Plaintiffs, the parties have been unable to prepare for mediation in this action;

Whereas, due to the parties' inability to prepare for mediation, the parties jointly request that the deadline in which to complete mediation be extended until May 12, 2008.

1  IT IS SO STIPULATED.
2  Dated: March 26, 2008

       MEYERS, NAVE, RIBACK, SILVER & WILSON

       By: _____
       Samantha W. Zutler, Esq.
       Attorneys for Defendants City of South San
       Francisco, South San Francisco Police
       Department, Mark Raffaelli

8  Dated: March 26, 2008

       LAW OFFICES OF DANIEL M. CRAWFORD

       By: _____
       Daniel M. Crawford, Esq.
       Attorneys for Plaintiffs
       HOWARD ZIMMERMAN and WILLIAM
       CARTER

                          ORDER

The deadline in which to complete mediation is hereby extended to May 12, 2008.

IT IS SO ORDERED.

Dated: _____          By: _____
                          Hon. William H. Alsup
                          U.S. District Court Judge

1074777

---

Stipulation & [Proposed] Order                    *Zimmerman et al. v. City of South San Francisco*
                              2                    Case No C 07 3623 WHA