```
KATHY E. MOUNT, SBN: 104736
kmount@meyersnave.com
SAMANTHA W. ZUTLER, SBN 238514
szutler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 – 12th Street, Suite 1500
Oakland, California  94607
Telephone:  (510) 808-2000
Facsimile:  (510) 444-1108

Attorneys for Defendants City of South San Francisco,
South San Francisco Police Department, and
Mark Raffaelli
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ZIMMERMAN and WILLIAM CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SOUTH SAN FRANCISCO, SOUTH SAN FRANCISCO POLICE DEPARTMENT, MARK RAFFAELLI, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  C 07 3623 WHA<br><br>**DECLARATION OF SAMANTHA W. ZUTLER IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE TRIAL AND CORRESPONDING DEADLINES**<br><br>Date:         May 1, 2008<br>Time:         8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge:        Hon. William H. Alsup<br><br>Complaint Filed: July 13, 2007<br>Trial Date: August 18, 2008 |

I, Samantha W. Zutler, declare as follows:

1.  I am an associate with the law firm of Meyers, Nave, Riback, Silver & Wilson, and am one of the attorneys for the City of South San Francisco in this litigation.  If called to testify, I could competently testify as to the facts within this declaration.

2.  Attached hereto as Exhibit A is a true and correct copy of the parties Stipulation and [Proposed] Order Extending Deadline in Which to Complete Mediation in this matter executed by the parties and filed with the Court on March 26, 2008.

3.  Attached hereto as Exhibit B is a true and correct copy of the Affidavit of Plaintiff's counsel, Daniel M. Crawford, in Support of Defendant's Motion to Continue Trial

1 | and Corresponding Deadlines in this matter.

2 | I declare under penalty of perjury that the foregoing is true and correct. Executed
3 | this 26th day of March 2008, in Oakland, California.

*Samantha W. Zutler*

1075799

Declaration of Samantha W. Zutler in Support
of Defendant's Motion to Continue Trial    2    Zimmerman et al. v. City of South San Francisco
Case No C 07 3623 WHA

# EXHIBIT A

KATHY E. MOUNT, SBN: 104736
kmount@meyersnave.com
SAMANTHA W. ZUTLER, SBN 238514
szutler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 – 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City of South San Francisco,
South San Francisco Police Department, and
Mark Raffaelli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ZIMMERMAN and WILLIAM CARTER, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SOUTH SAN FRANCISCO, SOUTH SAN FRANCISCO POLICE DEPARTMENT, MARK RAFFAELLI, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. C 07 3623 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE IN WHICH TO COMPLETE MEDIATION** <br><br><br> Complaint Filed: July 13, 2007 <br> Trial Date: August 18, 2008 |

The parties and their attorneys hereby stipulate as follows:

Whereas, the parties have previously agreed that mediation be completed by February 15, 2008;

Whereas, counsel for Plaintiffs, Daniel M. Crawford, Esq., was injured in a car accident in January 2008 and has been unable to tend to this action since then;

Whereas, due to unavailability of counsel for Plaintiffs, the parties have been unable to prepare for mediation in this action;

Whereas, due to the parties' inability to prepare for mediation, the parties jointly request that the deadline in which to complete mediation be extended until May 12, 2008.

---

Stipulation & [Proposed] Order

1

*Zimmerman et al. v. City of South San Francisco*
Case No C 07 3623 WHA

IT IS SO STIPULATED.

Dated: March 26, 2008

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Samantha W. Zutler, Esq.
Attorneys for Defendants City of South San Francisco, South San Francisco Police Department, Mark Raffaelli

Dated: March 26, 2008

LAW OFFICES OF DANIEL M. CRAWFORD

By: _____
Daniel M. Crawford, Esq.
Attorneys for Plaintiffs
HOWARD ZIMMERMAN and WILLIAM CARTER

ORDER

The deadline in which to complete mediation is hereby extended to May 12, 2008.

IT IS SO ORDERED.

Dated: _____   By: _____
Hon. William H. Alsup
U.S. District Court Judge

1074777

## Other Documents
3:07-cv-03623-WHA Zimmerman et al v. City of South San Francisco et al
ADRMOP, E-Filing, MEDIATION

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available.***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from by Zutler, Samantha entered on 3/26/2008 3:43 PM and filed on 3/26/2008

| | |
|---|---|
| **Case Name:** | Zimmerman et al v. City of South San Francisco et al |
| **Case Number:** | 3:07-cv-3623 |
| **Filer:** | City of South San Francisco, South San Francisco Police Department, Mark Raffaelli |
| **Document Number:** | 21 |

**Docket Text:**
STIPULATION *AND [PROPOSED] ORDER EXTENDING DEADLINE IN WHICH TO COMPLETE MEDIATION* by City of South San Francisco, South San Francisco Police Department, Mark Raffaelli. (Zutler, Samantha) (Filed on 3/26/2008)

**3:07-cv-3623 Notice has been electronically mailed to:**

Daniel M. Crawford    dan@dancrawfordlaw.com

Kathy Ellen Mount    kmount@meyersnave.com, jhokanson@meyersnave.com, kthomas@meyersnave.com, szutler@meyersnave.com

Mary Theresa Roemer     troemer@meyersnave.com, jhokanson@meyersnave.com, szutler@meyersnave.com

**3:07-cv-3623 Notice has been delivered by other means to:**

Samantha W. Zutler
Meyers Nave Riback Silver & Wilson
555 12th Street
Suite 1500
Oakland, CA 94607

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\jhokanson\My Documents\Stipulation & Proposed Order Extending Deadline in Which to Complete Mediation.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/26/2008] [FileNumber=4251273-0]
[777aaebe2d64d99be97e21f8ee93e16e4dc9dad389c04346dae66062b67466cac98a5
03b83832352b6c2d56a46d6555fc1d82e11173796af2853d8d8960ae0bc]]

# EXHIBIT B

Case 3:07-cv-03623-WHA    Document 23    Filed 03/26/2008    Page 8 of 11

Daniel M. Crawford, CSB No. 39959
Attorney at Law
354 Pine Street, Third Floor
San Francisco, California 94104
Telephone: (415) 433-1442
Facsimile:  (415) 986-4056

Attorney for Plaintiffs HOWARD ZIMMERMAN
and WILLIAM CARTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ZIMMERMAN and WILLIAM CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY of SOUTH SAN FRANCISCO, SOUTH SAN FRANCISCO POLICE DEPARTMENT, MARK RAFFAELLI, and DOES 1 through 10,<br><br>Defendants. | Case No. C 07 3623 WHA<br><br>**AFFIDAVIT OF DANIEL M. CRAWFORD IN SUPPORT OF MOTION TO CONTINUE TRIAL AND CORRESPONDING DEADLINES**<br><br>Date: May 1, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge: Hon. William H. Alsup<br><br>Complaint Filed: July 13, 2007<br>Trial Date: August 18, 2008 |

I, Daniel M. Crawford, declare:

1. I am an attorney at law, licensed to practice before all state and federal courts in the State of California and am the attorney for Plaintiffs Howard Zimmerman and William Carter.

2. Except as otherwise noted, I have personal knowledge of the facts stated herein and if called upon to do so, I could and would competently testify thereto.

///

3. This matter is set for trial on August 18, 2008 with some discovery deadlines set for early April 2008 and a mediation deadline set for mid April 2008.

4. On January 25, 2008, I was involved in a very serious automobile accident in Contra Costa County, suffering multiple major injuries requiring my hospitalization, including time in the ICU, at John Muir Medical Center in Walnut Creek, California. My wife and twenty-six year old son were also seriously injured in the same accident and were hospitalized at John Muir, including time in John Muir's ICU. I spent eleven days in the hospital and have been recuperating at home and helping tend to the recovery of my wife and son. My wife spent 28 days and my son spent 15 days in the hospital. All three of us are still recovering at home, although last week I did manage to go to work for a couple of hours on three different days to do primarily administrative tasks. I will have major hand/wrist surgery on my right hand on April 4, 2008 to repair a seriously dislocated right wrist. Since I am right-handed, there will be a period of time after the surgery when I will be restricted in the use of my right hand, including such tasks as writing and working on the computer. My surgeon, Dr. Gordon Brody, indicated I will be in a cast for two months and then will need three to four months of physical therapy to achieve the best results possible.

5. At the present, I am not able to work other than on a very limited part-time basis. I still fatigue easily after several hours at work. After my surgery on April 4, my ability to work will be further restricted. I am hopeful I will be able to return to full time work by mid to late April 2008.

6. In view of the injuries my family and I suffered in the accident on January 25, 2008 and their impact on my ability to practice, I am requesting the Court continue the trial date until December, 2008 and reset the discovery, mediation, and any other deadlines accordingly.

//

//

-2-

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 26th day of March 2008, at San Francisco, California.

_____
Daniel M. Crawford

1075326.1

-3-

AFFIDAVIT OF DANIEL M. CRAWFORD IN SUPPORT OF MOTION TO CONTINUE – CASE NO. C-07-3623 WHA