1   KATHY E. MOUNT, SBN: 104736
    kmount@meyersnave.com
2   SAMANTHA W. ZUTLER, SBN 238514
    szutler@meyersnave.com
3   MEYERS, NAVE, RIBACK, SILVER & WILSON
    555 – 12th Street, Suite 1500
4   Oakland, California  94607
    Telephone:  (510) 808-2000
5   Facsimile:  (510) 444-1108

6   Attorneys for Defendants City of South San Francisco,
    South San Francisco Police Department, and
7   Mark Raffaelli

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  HOWARD ZIMMERMAN and WILLIAM         Case No.  C 07 3623 WHA
    CARTER,
12                                       STIPULATION AND [PROPOSED]
                                         ORDER EXTENDING DEADLINE IN
13            Plaintiffs,                WHICH TO COMPLETE MEDIATION

14       v.

15  CITY OF SOUTH SAN FRANCISCO,
    SOUTH SAN FRANCISCO POLICE
16  DEPARTMENT, MARK RAFFAELLI, and      Complaint Filed:  July 13, 2007
    DOES 1 through 10, inclusive,        Trial Date:  August 18, 2008
17
              Defendants.
18

19       The parties and their attorneys hereby stipulate as follows:

20       Whereas, the parties have previously agreed that mediation be completed by February

21  15, 2008;

22       Whereas, counsel for Plaintiffs, Daniel M. Crawford, Esq., was injured in a car accident

23  in January 2008 and has been unable to tend to this action since then;

24       Whereas, due to unavailability of counsel for Plaintiffs, the parties have been unable to

25  prepare for mediation in this action;

26       Whereas, due to the parties' inability to prepare for mediation, the parties jointly

27  request that the deadline in which to complete mediation be extended until May 12, 2008.

28

1    IT IS SO STIPULATED.

2    Dated: March 26, 2008

3

4                                    MEYERS, NAVE, RIBACK, SILVER & WILSON

5                                    By:_____

6                                       Samantha W. Zutler, Esq.
                                        Attorneys for Defendants City of South San
                                        Francisco, South San Francisco Police
7                                       Department, Mark Raffaelli

8    Dated: March 21, 2008

9

10                                   LAW OFFICES OF DANIEL M. CRAWFORD

11                                   By:_____

12                                      Daniel M. Crawford, Esq.
                                        Attorneys for Plaintiffs
13                                      HOWARD ZIMMERMAN and WILLIAM
                                        CARTER

14

15                                   ORDER

16    The deadline in which to complete mediation is hereby extended to May 12, 2008.

17    IT IS SO ORDERED.

18    Dated:  March 27, 2008.         By:_____

19                                      Hon. William H. Alsup
                                        U.S. District Court Judge

20

21    1074777

22

23

24

25

26

27

28