KATHY E. MOUNT (SBN: 104736)
kmount@meyersnave.com
KIMBERLY E. COLWELL (SBN: 127604)
kcolwell@meyersnave.com
SAMANTHA W. ZUTLER (SBN: 238514)
szutler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone:   (510) 808-2000
Facsimile:   (510) 444-1108

Attorneys for Defendant
CITY OF SAN LEANDRO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG LEMMON,<br><br>          Plaintiff,<br>v.<br><br>CITY OF SAN LEANDRO,<br><br>          Defendant. | Case No. 06-07107 MHP<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br><br>Complaint Filed: November 16, 2006<br>Trial Date: None. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1  **PLEASE TAKE NOTICE** that pursuant to General Order No. 45 IV, C.2.,
2  Defendant CITY OF SAN LEANDRO hereby substitutes Kimberly E. Colwell, Esq.,
3  State Bar No. 127604, and Samantha W. Zutler, Esq., State Bar No. 238514, in place of
4  Kathy E. Mount, Esq., in the above entitled action.

Dated: May 29, 2008                    MEYERS, NAVE, RIBACK, SILVER & WILSON

                                       By: _____
                                           Kathy E. Mount
                                           Attorneys for Defendant
                                           CITY OF SAN LEANDRO

1102259.1

---

Notice of Substitution of Counsel                    USDC Case No. 06-07107 MHP