KATHY E. MOUNT, SBN: 104736
kmount@meyersnave.com
KIMBERLY E. COLWELL, SBN: 127604
kcolwell@meyersnave.com
SAMANTHA W. ZUTLER, SBN: 238514
szutler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 – 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City of South San Francisco,
South San Francisco Police Department, and
Mark Raffaelli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ZIMMERMAN and WILLIAM CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SOUTH SAN FRANCISCO, SOUTH SAN FRANCISCO POLICE DEPARTMENT, MARK RAFFAELLI, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07 3623 WHA<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br><br>Complaint Filed: July 13, 2007<br>Trial Date: December 1, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to General Order No. 45 IV. C.2., Defendants CITY OF SOUTH SAN FRANCISCO, SOUTH SAN FRANCISCO POLICE DEPARTMENT, and MARK RAFFAELLI hereby substitute Kimberly E. Colwell, Esq., State Bar No. 127604, and Samantha W. Zutler, State Bar No. 238514, in place of Kathy E. Mount, Esq., in the above entitled action.

Dated: May 29, 2008

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Kathy E. Mount, Esq.
Attorneys for Defendants City of South San Francisco, South San Francisco Police Department, and Mark Raffaelli

1102238.1