KIMBERLY E. COLWELL (SBN 127604)
kcolwell@meyersnave.com
SAMANTHA W. ZUTLER (SBN 238514)
szutler@meyersnave.com
MEYERS NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City of South San Francisco,
South San Francisco Police Department, and
Mark Raffaelli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ZIMMERMAN and WILLIAM CARTER,<br><br>         Plaintiffs,<br><br>     v.<br><br>CITY OF SOUTH SAN FRANCISCO, SOUTH SAN FRANCISCO POLICE DEPARTMENT, MARK RAFFAELLI and DOES 1 through 10,<br><br>         Defendants. | Case No. C07 3623 WHA<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

It is hereby stipulated and agreed by and between the parties, as authorized by their respective counsel, that the above entitled matter be dismissed with prejudice, each party to bear their own fees and costs.

///

IT IS SO STIPULATED.

Dated: August 26, 2008

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Samantha W. Zutler
Attorneys for Defendant
CITY OF SOUTH SAN FRANCISCO
SOUTH SAN FRANCISCO POLICE
DEPARTMENT, AND MARK RAFFAELLI

LAW OFFICES OF DANIEL M. CRAWFORD

By: _____
Daniel M. Crawford, Esq.
Attorneys for Plaintiffs
HOWARD ZIMMERMAN and WILLIAM
CARTER

IT IS SO ORDERED.

Dated:_____

By:_____
HONORABLE WILLIAM A. ALSUP
U.S. District Court Judge

1138669